**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABREU SANTIAGO, | ) | |
| | ) | No. 24-cv-01212 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) | |
| | ) | Hon. Mag. Jeannice W. Appenteng |
| THE PENINSULA CHICAGO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Abreu Santiago ("Plaintiff"), and Defendant, The Peninsula Chicago, LLC ("Defendant") (collectively, the "Parties"), by their attorneys, provide notice to the Court that the Parties have reached an agreement in principle to resolve the matter. In support of this Notice, the Parties state the following:

1. The Parties have reached an agreement in principle to resolve this matter. The Parties are currently working through final issues related to the closure of this matter, including their negotiation of a written Settlement Agreement. In the immediate future, very likely by the end of January 2025, the Parties will file a Stipulation of Dismissal with Prejudice.

2. The Parties file this notice, in part, because discovery is set to close on January 10, 2025.

WHEREFORE, Plaintiff, Abreu Santiago, and Defendant, The Peninsula Chicago, LLC, respectfully provide notice to this Honorable Court of their settlement in principle, and their intention to close out this matter in the immediate future.

Dated: January 8, 2025

Counsel for Plaintiff:

By: /s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
aspears@casslawgroup.com

Counsel for Defendant:

By: */s/ Matthew P. Kellam*
Matthew P. Kellam
Laner Muchin
515 North State Street, Suite 2400
Chicago, Illinois 60654
mkellam@lanermuchin.com

## CERTIFICATE OF SERVICE

Matthew P. Kellam, an attorney, certifies he caused the foregoing **Joint Notice of Settlement** to be served on the parties below, via the Court's ECF filing system, on this 8th day of January 2025, addressed to:

>Angela C. Spears
>CASS LAW GROUP, P.C.
>20015 S. LaGrange Rd #1098
>Frankfort, IL 60423
>E: aspears@casslawgroup.com
>*Counsel for Plaintiff*

/s/Matthew P. Kellam