## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

Abreu Santiago
                                  Plaintiff,

v.                                                                              Case No.: 1:24–cv–01212
                                                                             Honorable Steven C. Seeger

The Peninsula Chicago, LLC.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint notice of settlement (Dckt. No. [22]). The parties have reached a settlement in principle. They expect to file a stipulation of dismissal by the end of the month. Given that representation, the Court vacates all deadlines. The complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless the parties seek and obtain relief from the Court by February 14, 2025. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.